1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

GEORGE R. CORRELL,                    )
                                      )
9           Petitioner,               )       CASE NO.    C07-460-RSL
                                      )                   (CR04-251-RSL)
10      v.                            )
                                      )
11  UNITED STATES OF AMERICA,         )
                                      )       ORDER DENYING MOTION
12          Respondent.               )       UNDER 28 U.S.C. § 2255
                                      )
13  _____ )

14          The Court, having reviewed petitioner's § 2255 motion, the government's response, the

15  Report and Recommendation of the Honorable Monica J. Benton, any objections thereto, and the

16  remaining record, does hereby find and Order:

17          (1)     The Court adopts the Report and Recommendation.

18          (2)     Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C.

19                  § 2255 (Dkt. No. 1) is DENIED.

20          (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

21                  respondent, and to Judge Benton.

22          DATED this 26th day of November, 2007

23

24                                                    _____
                                                      Robert S. Lasnik
25                                                    United States District Judge

26  ORDER DENYING § 2255 MOTION