UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE CORRELL,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C07-0460RSL

ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL

This matter comes before the Court on petitioner's "Motion for Extension" of time in which to file a notice of appeal. Pursuant to Fed. R. App. P. 4(a)(5), the Court may extend the time to file an appeal in the above-captioned matter if (1) the motion to extend is filed within ninety days after the judgment or order appealed from is entered and (2) the moving party shows excusable neglect or good cause.

The Court finds that petitioner's motion for an extension of time was filed within 90 days of the entry of judgment. Petitioner asserts that he suffered a "severe medical emergency which required hospitalization and recovery" and has provided a medical bill indicating that he was hospitalized in mid-January, just before his notice of appeal was due. Given the timing of his illness, the Court finds that petitioner's neglect was excusable: his request for an extension of time in which to appeal is, therefore,

ORDER EXTENDING TIME TO
FILE NOTICE OF APPEAL

1  GRANTED.  The Clerk of Court is directed to accept petitioner's "Motion for Certificate
2  of Appealability" (part of Dkt. # 18) as his notice of appeal.
3
4           Dated this 25th day of February, 2008.
5
                    *signature*
6                   Robert S. Lasnik
                    United States District Judge
7

26 ORDER EXTENDING TIME TO
   FILE NOTICE OF APPEAL                    -2-